# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: ESTATE OF IRENE A. LONG,      :   No. 379 WAL 2016
A/K/A IRENE LONG                         :
                                        :
                                        :   Petition for Allowance of Appeal from
PETITION OF: MICHELE LEMMO      :   the Order of the Superior Court

## ORDER

**PER CURIAM**

       **AND NOW**, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.